UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Kormahyah Karmue

    v.                                                      Case No. 17-cv-107-LM-AKJ

David Remington, et al.

O R D E R

I herewith approve the Report and Recommendation (doc. no. 41) of Magistrate Judge Andrea K. Johnstone dated June 27, 2017.[1] "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir.

---

[1] Plaintiff filed an objection (doc. no. 56) as to a different Report and Recommendation (doc. no. 44). The court construed that objection as a motion for reconsideration and is holding a ruling on that Report and Recommendation in abeyance until Judge Johnstone rules on the motion for reconsideration. As to this Report and Recommendation (doc. no. 41), however, plaintiff has filed no objection.

1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge
(Sitting by designation)

Date: January 26, 2018

cc: Kormahyah Karmue, pro se
    Bethany Wong, Esq.
    Matthew Reeber, Esq.