UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Kormahyah Karmue

   v.                                                Case No. 17-cv-107-LM-AKJ

David Remington et al

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 1, 2019 (doc. no. 99). For the reasons stated in and in accordance with that Report and Recommendation, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 18, 2018 (doc. no. 67), as amended by Magistrate Judge Johnstone's February 4, 2019 endorsed order.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Sec'y of Health & Human Servs., 848 F.2d 271, 275 (1st Cir. 1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to

magistrate's report will waive the right to appeal).

_____
Landya B. McCafferty
Chief Judge

Date: March 4, 2019


cc:   Kormahyah Karmue, pro se
      Bethany N. Wong, Esq.
      Matthew C. Reeber, Esq.
      Patrick J. McBurney, Esq.
      Michael G. Sarli, Esq.
      Per C. Vaage, Esq.