```
              UNITED STATES DISTRICT COURT
                DISTRICT OF RHODE ISLAND
```

Kormahyah Karmue

    v.                                          Case No. 17-cv-107-LM-AKJ

David Remington et al

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 29, 2019 (doc. no. 97). "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Sec'y of Health & Human Servs., 848 F.2d 271, 275 (1st Cir. 1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                      _____
                                                      Landya B. McCafferty
                                                      Chief Judge

Date: March 4, 2019

cc: Kormahyah Karmue, pro se
    Bethany N. Wong, Esq.
    Matthew C. Reeber, Esq.
    Patrick J. McBurney, Esq.
    Michael G. Sarli, Esq.
    Per C. Vaage, Esq.