```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF RHODE ISLAND
```

Kormahyah Karmue

    v.                                         Case No. 17-cv-107-LM-AKJ

David Remington et al

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 1, 2019 (doc. No. 100). "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" <u>Sch. Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Sec'y of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir. 1988)); <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                  _____
                                                  Landya B. McCafferty
                                                  Chief Judge

Date: March 4, 2019

cc: Kormahyah Karmue, pro se
    Bethany N. Wong, Esq.
    Matthew C. Reeber, Esq.
    Patrick J. McBurney, Esq.
    Michael G. Sarli, Esq.
    Per C. Vaage, Esq.