UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KORMAHYAH KARMUE | : | |
| | : | |
| v. | : | C.A. No. 1:17-cv-107-LM-AKJ |
| | : | |
| DAVID RENNINGTON, Chief Deputy, | : | |
| United States Marshals Services, | : | |
| JOHN DOE #1, Deputy U.S. Marshal | : | |
| JOHN DOE #2, Deputy U.S. Marshal | : | |
| JOHN DOE #3, Warden of The Donald W. | : | |
| Wyatt Detention Center | : | |

## [DEFENDANTS' PROPOSED] PRETRIAL SCHEDULING ORDER

Defendants the Donald W. Wyatt Detention Center, Sergeant Zachary Robbins, Warden Daniel Martin, Edward Blanchette, M.D., Brendan Moore, Elden DaSilva, Justin Carvalho and the United States of America hereby propose the following discovery schedule:

a.  The parties shall complete all fact discovery by October 28, 2020.

b.  Plaintiff Kormahyah Karmue ("Plaintiff") shall respond to Defendant Edward Blanchette, M.D.'s written discovery within thirty (30) days from the date of the entry of this Scheduling Order.

c.  Plaintiff shall respond to Defendants the Donald W. Wyatt Detention Center, Sergeant Zachary Robbins and Warden Daniel Martin's written discovery within thirty (30) days from the date of the entry of this Scheduling Order.

d.  Plaintiff shall make his expert disclosures by December 4, 2020.

e.  Defendants shall file their expert disclosures by January 8, 2021.

f.  Expert discovery shall be completed by February 8, 2021.

g.  Dipositive motions shall be filed by March 8, 2021.

1

Respectfully submitted by,

**THE DONALD W. WYATT DETENTION FACILITY, WARDEN DANIEL MARTIN and SERGEANT ZACHARY ROBBINS**

By its Attorneys,

*/s/ Matthew C. Reeber*
Matthew C. Reeber (#7702)
PANNONE LOPES DEVEREAUX & O'GARA LLC
1301 Atwood Avenue, Suite 215N
Johnston, RI 02919
401 824 5100 t
401 824 5123 f
mreeber@pldolaw.com

**EDWARD BLANCHETTE, M.D.**

By his Attorneys,

*/s/Per C. Vaage*
Michael G. Sarli (#2719)
Per C. Vaage (#7273)
Gidely, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
401 274 6644 t
401 331 9304 f
mgs@gsm-law.com
pcv@gsm-law.com

**BRENTON MOORE; ELDEN DASILVA; JUSTIN CARVALHO; and UNITED STATES OF AMERICA**

By their Attorneys,

AARON L. WEISMAN
United States Attorney

/s/ *Bethany N. Wong*
Bethany N. Wong
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401 709-5000 t
401 709-5017 f
bethany.wong@usdoj.gov

4838-6565-8808, v. 2

IT IS SO ORDERED this _____ day of _____, 2020.

4838-6565-8808, v. 2

## **CERTIFICATION**

   I hereby certify on this 30th day of March, 2020, this document was filed electronically and is available for reviewing and downloading to the ECF registered parties. I also served a copy by first class mail to the Plaintiff at the following addresses:

Kormahyah Karmue
9804 Palmetto Dune Court
Orlando, FL 32832

                /s/ Matthew C. Reeber

4838-6565-8808, v. 2